UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| JOHN DOE, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | NO. 3:23-cv-01191 |
| WILLIAM LEE, Governor of the State of Tennessee, in his official capacity, and DAVID RAUSCH, Director of the Tennessee Bureau of Investigation, in his official capacity, | ) | |
| Defendants. | ) | |

## ORDER

Plaintiff's Motion of Voluntary Dismissal (Doc. No. 10) is **GRANTED**. Accordingly, this action is **DISMISSED**, and the Clerk is directed to close the file. Any pending Motions are **DENIED** as **MOOT**.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE